not covered by any assignment of error or by an insufficient bill of exception.

The judgment of the Court of Civil Appeals is reversed and that of the trial court is affirmed.

Opinion adopted by the Supreme Court.

## DALLAS JOINT STOCK LAND BANK OF DALLAS v. FORSYTH.

### No. 1698–6948.

Commission of Appeals of Texas, Section B.

Jan. 19, 1938.

For former opinion, see 109 S.W.2d 1046.

McCombs, Andress & Johnson and James A. Kilgore, all of Dallas, for plaintiff in error.

P. C. Fewell and Olin E. Nesmith, both of Dallas, for defendant in error.

MARTIN, Commissioner.

We have concluded that the condition of this record is such as to make it inadvisable to here render and enter judgment in any amount. Accordingly, the judgment of the trial court and that of the Court of Civil Appeals are both reversed, and the cause remanded to the trial court with instructions to enter judgment according to the holding of the original opinion.

Except as indicated, the motion for rehearing is overruled.

Opinion adopted by the Supreme Court.